Harry Leroy Hamrick, Jr. #1096810
John M. Wynne Unit-020
810 Fm 2821
Huntsville, Tx. 77349

40,015-07

17 December, 2014

Abel Acosta, Clerk
Texas Court Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx. 78711

Re: dual cause numbers for WR-40,015

Dear Sir
    On 9 December, 2014, I received a docket sheet(s) for case number WR-40,015. As I reviewed the docket sheet(s), I noticed that the case number WR-40,015 has been issued to two different trial court cause numbers: 4026-1, Winkler County; and B-28,665, Ector County.
    Is this a clerical error? If not, can you explain as to why the clerk's office has issued the same writ number to two different trial court cause number(s).

                    Sincerely yours,
                    Harry L Hamrick, Jr.
                    Harry Leroy Hamrick, Jr.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk